IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ANTHONY HERBERT MORRIS**,

      **Plaintiff**,

v.                            Civil Action no. 5:05cv193

**AL HAYNES, et al.,**

      **Defendants.**

## ORDER GRANTING MOTION TO SEAL

The defendants having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically, Exhibits 1 through 8 (with attachments) of defendants' Memorandum in Support of their Motion to Dismiss or in the Alternative for Summary Judgment, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the defendants' Motion, it is accordingly

**ORDERED** that the Motion (Doc. 47) be **GRANTED** and that Exhibits 1-8 (with attachments) of defendants' Memorandum in Support of their Motion to Dismiss or in the Alternative for Summary Judgment, currently lodged with the Clerk of the Court, be filed under seal by the Clerk to be retained by the Court as part of the records herein.

The Clerk is directed to provide a copy of this Order to the *pro se* plaintiff and counsel of record.

DATED: December 11, 2007

      **IT IS SO ORDERED.**

                                            /s/ James E. Seibert
                                            JAMES E. SEIBERT
                                            UNITED STATES MAGISTRATE JUDGE