**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**ANTHONY HERBERT MORRIS,**

    **Plaintiff**,

v.                                 **Civil Action no. 5:05cv193**
                                      **(Judge Stamp)**

**AL HAYNES, Warden, et al.,**

    **Defendants.**

**ORDER GRANTING MOTION FOR AN ENLARGEMENT OF TIME**

On January 30, 2008, the plaintiff filed a Motion for an Extension of Time within which he may respond or reply to the defendants' Motion to Dismiss or Motion for Summary Judgment which was filed on December 10, 2008. It appearing to the Court that good cause exists for said Motion, it is hereby

**ORDERED** that the plaintiff's Motion for an Extension of Time to File (Doc. 52) is **GRANTED,** and the plaintiff shall have thirty (30) days from service of this Order within which he may reply. **IT IS SO ORDERED.**

The Clerk of the Court is directed to mail a copy of this Order to the plaintiff by certified mail, returned receipt requested, to his last known address as reflected on the docket sheet. The Clerk of the Court is further directed to send a copy of this Order to all counsel of record as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: February 19, 2008.

                                                      /s/ James E. Seibert
                                                      JAMES E. SEIBERT
                                                      UNITED STATES MAGISTRATE JUDGE